**Sara L. Gabin**, OSB #81234  
Internet E-mail address: slgabin@pacifier.com  
Sara L. Gabin, P.C., Attorney at Law  
14523 Westlake Drive  
Lake Oswego, Oregon, OR 97035-7700  
Telephone: 503.620.3171  
Fax: 503.620.3365  
Attorney(s) for: Susan Marie Lidgett mantha Lillian Barnett

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| SUSAN MARIE LIDGET,<br><br>              Plaintiff,<br><br>        V.<br><br>COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,<br><br>              Defendant. | Case No. 3:18-cv-00920-MC<br><br>ORDER GRANTING *STIPULATED* MOTION FOR AN AWARD OF ATTORNEY FEES PUSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA) |

This matter having come before the court upon the Stipulated Motion of the parties, and this court being otherwise fully advised

IT IS HEREBY ORDERED that plaintiff is awarded Equal Access to Justice (EAJA) Fees in the amount of $6,138.65.

IT IS FURTHER HEREBY ORDERED that under *Astrue v. Ratliff*, 130 S. Ct 2521, 2528-29 (2010), EAJA fees awarded by this Court belong to the plaintiff and are subject to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B) (2006)).

IT IS FURTHER HEREBY ORDERED that plaintiff having assigned her right to EAJA fees to her attorney (see Exhibit B, submitted herewith), if after receiving the Court's EAJA fee

order the Commissioner determines that plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, the Commissioner agrees to waive the requirements of the Anti-Assignment Act and the EAJA fees will be made payable to plaintiff's attorney, at her attorney's address: 14523 Westlake Drive, Lake Oswego, OR 97035.

IT IS FURTHER HEREBY ORDERED that, if there is a debt owed under the Treasury Offset Program, the requirements of the Anti-Assignment Act cannot be waived, and the remaining EAJA fees after offset will be paid by a check made out to plaintiff but delivered to plaintiff's attorney.

IT IS SO ORDERED THIS 9th day of October, 2019.

s/Michael J. McShane
DISTRICT COURT JUDGE